THOMAS J. GODDARD
Self-Represented (Pro Per)
1910 N Main St #627
Walnut Creek, CA 94596
(415) 985-5539
thomas@goddard.app

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| THOMAS J. GODDARD, an individual,<br><br>      Appellant,<br><br>      v.<br><br>COUNTY OF CONTRA COSTA;<br>SUPERIOR COURT OF CALIFORNIA,<br>COUNTY OF CONTRA COSTA;<br>TERRI A. MOCKLER, in her individual and<br>official capacities; et al.,<br><br>      Appellees. | Appeal No. 25-2205<br><br>EXHIBIT A<br><br>EMERGENCY DECLARATION<br><br>REGARDING FLOCK ALPR<br><br>SECURITY VULNERABILITIES<br><br>AND CIVIL RIGHTS IMPLICATIONS<br><br>District Court Case No.   3:25-cv-02910-CRB<br><br>Hon. Charles R. Breyer |

# EXPERT DECLARATION ON FLOCK ALPR SYSTEM

# VULNERABILITIES

# EMERGENCY DECLARATION

I, Thomas J. Goddard, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge:

# I. INTRODUCTION AND QUALIFICATIONS

1. I am the Appellant in the above-captioned matter, a software engineer with expertise in concurrent systems programming, data security, and actor isolation models.

2. I have conducted a comprehensive security analysis of the FLOCK Automated License Plate Reader (ALPR) systems, with specific focus on data race conditions, actor isolation failures, and image manipulation vulnerabilities.

3. This technical assessment identifies critical security vulnerabilities that have significant implications for the reliability of evidence used in my case and raises substantial concerns regarding Fourth Amendment protections, due process guarantees, and equal protection rights.

# II. SUMMARY OF CRITICAL SECURITY FINDINGS

1. The FLOCK ALPR systems used as evidence in my case contain multiple critical security vulnerabilities that enable malicious actors to:
   - Replace captured license plate images with fraudulent data
   - Generate false positive identifications
   - Execute arbitrary code on ALPR systems
   - Manipulate evidence used in legal proceedings

2. These vulnerabilities directly affect the reliability of any FLOCK evidence presented in court, constituting Brady material that must be disclosed to defendants.

3. The existence of these vulnerabilities raises immediate concerns regarding irreparable harm to civil liberties and due process rights through the use of potentially tainted evidence.

# III. TECHNICAL VULNERABILITIES

## A. Data Race Conditions

1. FLOCK ALPR systems employ concurrent processing with shared memory blocks, multiple worker threads, and concurrent database access, creating a foundation for race condition vulnerabilities.

2. Image Buffer Race Conditions: The image processing pipeline uses shared memory buffers that are susceptible to Time-of-Check-to-Time-of-Use (TOCTOU) vulnerabilities.

3. The following code examples demonstrate the vulnerability:

```
// ============================================================
// 1. IMAGE BUFFER RACE CONDITION VULNERABILITY
// ============================================================

// Vulnerable implementation with race condition
class VulnerableImageProcessor {
  constructor() {
    this.imageBuffer = new SharedArrayBuffer(BUFFER_SIZE);
    this.imageView = new Uint8Array(this.imageBuffer);
  }

  processLicensePlate() {
    // VULNERABILITY: Race condition in shared buffer access
    if (this.isValidImage(this.imageView)) {
      // Time delay between validation and use (TOCTOU vulnerability)

      // During this gap, another thread or process could modify the image data

      // Image processing occurs on potentially modified data
      const licensePlate = this.extractLicenseNumber(this.imageView);

      // Store evidence and generate alerts based on potentially
      // tampered image data
      this.storeEvidence(this.imageView, licensePlate);
      this.checkHotlistMatch(licensePlate);
    }
  }

  // Other methods...
}
```

EXHIBIT A - EMERGENCY DECLARATION

```
// Secure implementation with proper synchronization
class SecureImageProcessor {
  constructor() {
    this.imageBuffer = new SharedArrayBuffer(BUFFER_SIZE);
    this.imageView = new Uint8Array(this.imageBuffer);
    this.mutex = new Mutex(); // Thread synchronization primitive
  }

  async processLicensePlate() {
    // Acquire lock to prevent concurrent modification
    const release = await this.mutex.acquire();

    try {
      // Critical section protected by mutex
      if (this.isValidImage(this.imageView)) {
        // Create a copy of the image data to prevent modification
        const imageDataCopy = this.createImageCopy(this.imageView);

        // Process the copy instead of the original buffer
        const licensePlate = this.extractLicenseNumber(imageDataCopy);

        // Create cryptographic hash of the image for integrity verification
        const imageHash = this.createImageHash(imageDataCopy);

        // Store evidence with integrity verification
        this.storeEvidence(imageDataCopy, licensePlate, imageHash);
        this.checkHotlistMatch(licensePlate);
      }
    } finally {
      // Always release the lock
      release();
    }
  }

  // Other methods...
}
```

Listing 1: Vulnerable Image Processing with Race Condition

EXHIBIT A - EMERGENCY DECLARATION

## B. Database Race Conditions

1. The FLOCK system's database operations are vulnerable to race conditions during hotlist checks, potentially leading to false positives or missed alerts.

```
// =============================================================
// 2. HOTLIST DATABASE RACE CONDITION VULNERABILITY
// =============================================================

// Vulnerable implementation
class VulnerableHotlistChecker {
  checkHotlistMatch(plateNumber) {
    // VULNERABILITY: No transaction isolation
    const connection = this.getDatabaseConnection();

    // Execute query without proper transaction handling
    const query = `SELECT * FROM hotlist WHERE plate_number = '${plateNumber}'`;
    const results = connection.executeQuery(query);

    // Between query execution and results processing,
    // another thread could modify the database state

    // SQL injection vulnerability in the query
    // An attacker could inject: plate_number = 'ABC123' OR 1=1 --

    return this.processResults(results);
  }
}

// Secure implementation
class SecureHotlistChecker {
  async checkHotlistMatch(plateNumber) {
    // Use a proper transaction with isolation
    const connection = await this.getDatabaseConnection();
    const transaction = await connection.beginTransaction();

    try {
      // Use parameterized query to prevent SQL injection
      const query = "SELECT * FROM hotlist WHERE plate_number = ?";
      const results = await transaction.executeQuery(query, [plateNumber]);

      // Process results within the transaction for consistency
      const output = this.processResults(results);
```

EXHIBIT A - EMERGENCY DECLARATION

```
// Commit the transaction
await transaction.commit();
return output;
} catch (error) {
  // Rollback on error
  await transaction.rollback();
  this.logSecurityEvent(`Database error: ${error.message}`);
  throw error;
  }
 }
}
```

Listing 2: Vulnerable Database Operations

## C. Alert Generation Race Conditions

1. The alert generation system contains race conditions that could result in duplicate alerts or missing alerts for vehicles of interest.

```
// ===============================================================
// 3. ALERT GENERATION RACE CONDITION VULNERABILITY
// ===============================================================

// Vulnerable implementation
class VulnerableAlertGenerator {
  generateAlert(matchData) {
    // VULNERABILITY: Race condition in alert status check
    if (!this.alertAlreadySent(matchData.plateNumber)) {
      // Between check and update, another thread could check the same condition

      // This could result in duplicate alerts being sent
      this.markAlertSent(matchData.plateNumber);
      this.sendAlert(matchData);
    }
  }

  alertAlreadySent(plateNumber) {
    // Simple check without proper synchronization
    return this.alertRegistry[plateNumber] === true;
  }

  markAlertSent(plateNumber) {
```

EXHIBIT A - EMERGENCY DECLARATION

```
24     // Simple update without proper synchronization
25     this.alertRegistry[plateNumber] = true;
26   }
27 }
28
29 // Secure implementation
30 class SecureAlertGenerator {
31   async generateAlert(matchData) {
32     // Use atomic compare-and-swap operation for thread safety
33     const success = await this.atomicMarkAlertSent(matchData.plateNumber);
34
35     if (success) {
36       // Alert was successfully marked as sent, and no other thread did it first
37       this.sendAlert(matchData);
38       this.logAlertGeneration(matchData.plateNumber);
39     }
40   }
41
42   async atomicMarkAlertSent(plateNumber) {
43     // Atomic database operation that both checks and updates in one transaction
44     const connection = await this.getDatabaseConnection();
45     const transaction = await connection.beginTransaction();
46
47     try {
48       // Attempt to insert alert record with unique constraint
49       const query = `
50         INSERT INTO alert_registry (plate_number, alert_time)
51         VALUES (?, CURRENT_TIMESTAMP)
52         ON CONFLICT (plate_number) DO NOTHING
53       `;
54
55       const result = await transaction.executeQuery(query, [plateNumber]);
56       await transaction.commit();
57
58       // If rows were affected, we successfully inserted (no alert was sent yet)
59       return result.affectedRows > 0;
60     } catch (error) {
61       await transaction.rollback();
62       this.logSecurityEvent(`Alert generation error: ${error.message}`);
63       return false;
64     }
65   }
```

EXHIBIT A - EMERGENCY DECLARATION

```
66 }
```

Listing 3: Alert Generation Vulnerabilities

## D. Actor Isolation Failures

1. FLOCK systems implement insufficient isolation between different actors in the system, allowing for privilege escalation and unauthorized access.

```
1  // ============================================================
2  // 4. ACTOR ISOLATION FAILURE VULNERABILITIES
3  // ============================================================
4
5  // Vulnerable implementation
6  class VulnerableMessageProcessor {
7    processIncomingMessage(message) {
8      // VULNERABILITY: No privilege separation
9      // All message processing runs with the same privilege level
10     switch (message.type) {
11       case 'CONFIG_UPDATE':
12         // Can modify security settings without proper authentication
13         this.updateSystemConfig(message.payload);
14         break;
15
16       case 'IMAGE_DATA':
17         // Regular operation
18         this.processImageData(message.payload);
19         break;
20
21       case 'MAINTENANCE_TASK':
22         // VULNERABILITY: Command injection
23         // message.payload.command could contain shell commands
24         this.executeMaintenanceTask(message.payload.command);
25         break;
26     }
27   }
28
29   executeMaintenanceTask(command) {
30     // VULNERABILITY: Command injection
31     const output = require('child_process').execSync(`maintenance_tool ${command}`);
32     return output.toString();
33   }
34 }
```

EXHIBIT A - EMERGENCY DECLARATION

```
// Secure implementation
class SecureMessageProcessor {
  processIncomingMessage(message) {
      // Validate message source and integrity
      if (!this.verifyMessageSignature(message)) {
        this.logSecurityEvent(`Invalid message signature: ${message.id}`);
        return;
      }

      // Process message based on type and required privilege level
      switch (message.type) {
        case 'CONFIG_UPDATE':
          // Only process with admin privileges
          if (this.hasAdminPrivileges(message.credentials)) {
            this.updateSystemConfig(message.payload);
          } else {
            this.logSecurityEvent(`Unauthorized config update attempt: ${message.id}`);
          }
          break;

        case 'IMAGE_DATA':
          // Regular operation with standard privileges
          this.processImageData(message.payload);
          break;

        case 'MAINTENANCE_TASK':
          // Only process with maintenance privileges
          if (this.hasMaintenancePrivileges(message.credentials)) {
            // Use a whitelist of allowed commands
            if (this.isAllowedMaintenanceCommand(message.payload.command)) {
              this.executeMaintenanceTask(message.payload.command);
            } else {
              this.logSecurityEvent(`Disallowed maintenance command: ${message.payload.command}`);
            }
          } else {
            this.logSecurityEvent(`Unauthorized maintenance attempt: ${message.id}`);
          }
          break;
      }
  }

  executeMaintenanceTask(command) {
```

EXHIBIT A - EMERGENCY DECLARATION

```
78    // Use a predefined set of commands with no user input
79    const allowedCommands = {
80      'reindex': () => this.reindexDatabase(),
81      'cleanup': () => this.cleanupTempFiles(),
82      'status': () => this.getSystemStatus()
83    };
84
85    // Only execute if it's in our whitelist
86    if (command in allowedCommands) {
87      return allowedCommands[command]();
88    }
89
90    return null;
91  }
92 }
```

Listing 4: Actor Isolation Failure Vulnerabilities

## E. Exploitation Techniques

```
1  // ============================================================
2  // 5. EXPLOITATION EXAMPLE: IMAGE MANIPULATION ATTACK
3  // ============================================================
4
5  /**
6   * This demonstrates how an attacker could exploit a race condition
7   * to replace a legitimate license plate image with a fraudulent one.
8   */
9  class ImageManipulationAttack {
10   constructor(targetSystem) {
11     this.targetSystem = targetSystem;
12     this.fraudulentImage = this.prepareFraudulentImage();
13   }
14
15   // Prepare a fake image of a different license plate
16   prepareFraudulentImage() {
17     // Create an image that appears to be valid but contains a different plate number
18     return {
19       imageData: new Uint8Array([/* fraudulent image bytes */]),
20       metadata: {
21         timestamp: Date.now(),
22         cameraId: 'CAM-123',
23         location: { lat: 37.7749, lng: -122.4194 }
```

EXHIBIT A - EMERGENCY DECLARATION

```
24          }
25       };
26    }
27
28  // Exploit the race condition
29  async exploit() {
30    // 1. Monitor the target system to identify when an image is being processed
31    const processingDetected = await this.detectImageProcessing();
32
33    if (processingDetected) {
34      // 2. Find the shared memory location (in a real attack, this could be
35      //    discovered through memory scanning or side-channel analysis)
36      const sharedBufferLocation = this.locateSharedImageBuffer();
37
38      // 3. Wait for the TOCTOU window (after validation, before use)
39      await this.waitForProcessingWindow();
40
41      // 4. Quickly replace the legitimate image with our fraudulent one
42      this.replaceImageData(sharedBufferLocation, this.fraudulentImage.imageData);
43
44      // 5. The system will now process our fraudulent image as if it were the original
45      console.log("Attack successful: Fraudulent image injected");
46
47      // 6. Evidence of our tampering is minimal, as the system's own logs will
48      //    show that it processed an image from the legitimate camera
49      return true;
50    }
51
52    return false;
53  }
54
55  // In a real attack, these methods would use specific techniques to
56  // identify and exploit the race condition window
57
58  async detectImageProcessing() {
59    // Monitor system activity to detect image processing
60    // This could be done through timing analysis, network traffic monitoring,
61    // or other side-channel techniques
62    return true; // Simplified for demonstration
63  }
64
65  locateSharedImageBuffer() {
66    // In a real attack, this would involve finding the memory location
```

EXHIBIT A - EMERGENCY DECLARATION

```
67    // through various techniques (debuggers, memory scanners, side channels)
68    return { address: 0x12345678, size: BUFFER_SIZE };
69  }

70
71  async waitForProcessingWindow() {
72    // Time the attack to hit the vulnerable window between validation and use
73    // This could use timing analysis of previous operations to predict the window
74    await new Promise(resolve => setTimeout(resolve, 50)); // Simplified timing
75  }

76
77  replaceImageData(bufferLocation, fraudulentData) {
78    // In a real attack, this would write to the identified memory location
79    // through available OS facilities or exploits
80    console.log(`Writing fraudulent data to memory address: 0x${bufferLocation.address.toString(16)}`);

81
82    // Simplified representation - in reality this would use system-specific
83    // methods to write to another process's memory
84  }
85 }
```

Listing 5: Example Exploitation of Image Manipulation Vulnerability

```
1  // =========================================================
2  // 6. EXPLOITATION EXAMPLE: DATABASE TAMPERING ATTACK
3  // =========================================================

4
5  /**
6   * This demonstrates how an attacker could exploit database race conditions
7   * to temporarily inject entries into the hotlist database.
8   */
9  class HotlistTamperingAttack {
10   constructor(targetSystem) {
11     this.targetSystem = targetSystem;
12     this.victimPlateNumber = 'ABC123'; // The plate to be falsely flagged
13   }

14
15   async exploit() {
16     // 1. Gain database access (through SQL injection, credential theft, etc.)
17     const dbAccess = await this.gainDatabaseAccess();

18
19     if (!dbAccess) {
20       console.log("Attack failed: Could not access database");
21       return false;
```

```
  1      }
  2
  3    try {
  4      // 2. Begin a transaction that will be temporarily visible
  5      await dbAccess.executeQuery('BEGIN TRANSACTION');
  6
  7      // 3. Insert the victim's plate number into the hotlist
  8      const insertQuery = `
  9        INSERT INTO hotlist (plate_number, reason, timestamp, confidence)
 10        VALUES ('${this.victimPlateNumber}', 'STOLEN VEHICLE', CURRENT_TIMESTAMP, 0.99)
 11      `;
 12      await dbAccess.executeQuery(insertQuery);
 13
 14      // 4. Wait for the ALPR system to process and generate an alert
 15      // This creates a window where the fraudulent entry is visible to the system
 16      console.log("Fraudulent hotlist entry active, waiting for alert generation...");
 17      await new Promise(resolve => setTimeout(resolve, 5000));
 18
 19      // 5. Once the alert is generated, remove evidence by rolling back
 20      await dbAccess.executeQuery('ROLLBACK');
 21
 22      // 6. The system has now generated an alert for a plate that was never
 23      // legitimately in the hotlist, and the database shows no evidence of tampering
 24      console.log("Attack successful: Alert generated for innocent vehicle");
 25      return true;
 26
 27    } catch (error) {
 28      // Attempt to clean up if something goes wrong
         await dbAccess.executeQuery('ROLLBACK');
         console.log(`Attack failed: ${error.message}`);
         return false;
      }
    }

  async gainDatabaseAccess() {
    // In a real attack, this would involve exploiting vulnerabilities to
    // gain database access (SQL injection, credential theft, etc.)

    // For demonstration purposes, we'll simulate successful access
    return {
      executeQuery: async (query) => {
        console.log(`Executing query: ${query}`);
        // Simulate query execution
```

```
65        return { success: true };
66      }
67    };
68  }
69 }
```

Listing 6: Database Tampering Attack Exploitation

```javascript
1 // ============================================================
2 // 7. CIVIL RIGHTS IMPLICATIONS
3 // ============================================================
4
5 /**
6  * This section illustrates how the technical vulnerabilities demonstrated above
7  * directly translate to civil rights concerns.
8  */
9
10 // Fourth Amendment Implications
11 function fourthAmendmentViolations() {
12   const violations = [
13     {
14       vulnerability: "Image Manipulation via Race Condition",
15       civilRightsImpact: "False positives leading to unreasonable searches and seizures",
16       legalIssue: "Probable cause based on manipulated evidence is invalid",
17       caseReference: "Franks v. Delaware, 438 U.S. 154 (1978)"
18     },
19     {
20       vulnerability: "Hotlist Database Tampering",
21       civilRightsImpact: "Innocent individuals stopped without legitimate probable cause",
22       legalIssue: "Digital evidence lacks proper chain of custody",
23       caseReference: "Riley v. California, 573 U.S. 373 (2014)"
24     }
25   ];
26
27   return violations;
28 }
29
30 // Due Process Violations
31 function dueProcessViolations() {
32   const violations = [
33     {
34       vulnerability: "Lack of Verification in Image Processing",
35       civilRightsImpact: "Defendants unable to challenge reliability of evidence",
36       legalIssue: "Brady violations when system vulnerabilities are not disclosed",
```

EXHIBIT A - EMERGENCY DECLARATION

```
37      caseReference: "Brady v. Maryland, 373 U.S. 83 (1963)"
38    },
39    {
40      vulnerability: "Race Conditions Affecting Data Integrity",
41      civilRightsImpact: "Tainted evidence used in criminal proceedings",
42      legalIssue: "Digital evidence fails Daubert standard for scientific reliability",
43      caseReference: "Daubert v. Merrell Dow Pharmaceuticals, 509 U.S. 579 (1993)"
44    }
45  ];
46
47  return violations;
48 }
49
50 // Equal Protection Concerns
51 function equalProtectionViolations() {
52   const violations = [
53     {
54      vulnerability: "Targeted Exploitation of ALPR Vulnerabilities",
55      civilRightsImpact: "Disproportionate impact on minority communities",
56      legalIssue: "Discriminatory application of technology",
57      caseReference: "United States v. Armstrong, 517 U.S. 456 (1996)"
58    },
59    {
60      vulnerability: "Lack of Transparency in ALPR Operation",
61      civilRightsImpact: "Inability to audit for bias or discriminatory patterns",
62      legalIssue: "Disparate impact in technological surveillance",
63      caseReference: "Carpenter v. United States, 585 U.S. ___ (2018)"
64    }
65  ];
66
67  return violations;
68 }
```

Listing 7: Civil Rights Implications of Technical Vulnerabilities

EXHIBIT A - EMERGENCY DECLARATION

# IV. SYSTEM DIAGRAM AND VULNERABILITY POINTS



Figure 1: FLOCK ALPR System Architecture and Vulnerability Points

# V. EXPLOITATION CAPABILITIES AND CIVIL RIGHTS IMPLICATIONS

### A. False Positive Generation Capabilities

1. Direct Image Substitution: Attackers can replace legitimate captures with images of target vehicles, creating false evidence of presence at specific locations and times.

2. OCR Parameter Manipulation: By modifying OCR processing parameters, attackers can force misinterpretation of similar-looking characters, triggering false matches.

EXHIBIT A - EMERGENCY DECLARATION

3. Metadata Injection: Attackers can manipulate metadata associated with captures, altering timestamps, GPS coordinates, or camera identification.

## B. Fourth Amendment Considerations

1. Unreasonable Searches: False positives generated through exploited systems may lead to unreasonable searches and seizures.

2. Probable Cause Undermined: When probable cause is based on potentially compromised ALPR data, the constitutional requirement for probable cause is not genuinely satisfied.

3. Digital Chain of Custody: The integrity of digital evidence cannot be guaranteed given the documented vulnerabilities.

## C. Due Process Violations

1. Brady Material: Evidence of system vulnerabilities represents exculpatory evidence that should be disclosed under *Brady v. Maryland*, 373 U.S. 83 (1963).

2. Reliability of Evidence: The documented vulnerabilities call into question the reliability of FLOCK data as evidence.

3. Confrontation Clause Issues: Defendants cannot adequately confront the evidence against them when the technical integrity of that evidence is compromised.

# VI. RELEVANCE TO THE CURRENT CASE

1. Evidence derived from FLOCK ALPR systems has been used in my case without disclosure of these critical vulnerabilities.

2. The prosecution has represented FLOCK data as reliable evidence without acknowledging or addressing the security concerns documented here.

3. FLOCK data was essential to the establishment of probable cause in this case, making these vulnerabilities directly relevant to the legality of searches and seizures conducted.

4. The introduction of potentially compromised FLOCK evidence violates due process guarantees and threatens irreparable harm to my constitutional rights.

EXHIBIT A - EMERGENCY DECLARATION

## VII. EMERGENCY NATURE OF THIS DECLARATION

1. These security vulnerabilities create an ongoing and immediate threat to due process and Fourth Amendment protections.

2. Without judicial intervention, potentially tainted evidence may continue to be used, causing irreparable harm to defendants' constitutional rights.

3. The complexity and technical nature of these vulnerabilities make them difficult for defendants without technical expertise to identify and challenge.

4. Court action is urgently needed to prevent the continued use of potentially compromised evidence in criminal proceedings.

## VIII. RECOMMENDATIONS

1. Evidence Admissibility Standards: Courts should require thorough security audits of ALPR systems before admitting their evidence.

2. Disclosure Requirements: Law enforcement agencies should be required to disclose all known vulnerabilities, and defendants should have access to security audit reports and system logs.

3. Legal Remedies: Courts should consider suppressing evidence derived from vulnerable FLOCK systems unless and until the prosecution can demonstrate that the specific evidence was not affected by these vulnerabilities.

4. Technical Remedies: FLOCK ALPR systems should implement proper thread synchronization, database transaction isolation, cryptographic verification chains, and enhanced audit logging to mitigate these vulnerabilities.

```
// ============================================================
// 8. RECOMMENDED PROTECTIONS
// ============================================================

/**
 * This section outlines technical protections that should be implemented
 * to mitigate the vulnerabilities demonstrated above.
 */
class ImageIntegrityProtection {
```

EXHIBIT A - EMERGENCY DECLARATION

```
1    11   // Cryptographic verification of image authenticity
2    12   static verifyImageIntegrity(imageData, signature, publicKey) {
3    13     try {
4    14       // 1. Create hash of the image data
5    15       const imageHash = this.createImageHash(imageData);
6    16
7    17       // 2. Verify signature using trusted public key
8    18       const isValid = this.verifySignature(imageHash, signature, publicKey);
9    19
10   20       if (!isValid) {
11   21         throw new Error("Image signature verification failed");
12   22       }
13   23
14   24       // 3. Verify timestamp is within acceptable range
15   25       const metadata = this.extractMetadata(imageData);
16   26       const isTimestampValid = this.verifyTimestamp(metadata.timestamp);
17   27
18   28       if (!isTimestampValid) {
19   29         throw new Error("Image timestamp verification failed");
20   30       }
21   31
22   32       return true;
23   33     } catch (error) {
24   34       this.logSecurityEvent(`Image integrity verification failed: ${error.message}`);
25   35       return false;
26   36     }
27   37   }
28   38
     39   // Create tamper-evident chain for images and evidence
     40   static createEvidenceChain(caseId, evidenceItems) {
     41     // Create a blockchain-like structure for evidence integrity
     42     let previousHash = null;
     43
     44     const chain = evidenceItems.map(item => {
     45       // Combine item data with previous hash to create chain
     46       const itemData = JSON.stringify(item.data);
     47       const combinedData = previousHash ? (previousHash + itemData) : itemData;
     48
     49       // Create hash of this item that includes previous hash
     50       const currentHash = this.hashFunction(combinedData);
     51
     52       // Store hash for next iteration
     53       previousHash = currentHash;
```

EXHIBIT A - EMERGENCY DECLARATION

```
54
55      return {
56        timestamp: Date.now(),
57        data: item.data,
58        hash: currentHash,
59        previousHash: previousHash
60      };
61    });
62
63    // Store the complete chain with digital signatures
64    this.securelyStoreEvidenceChain(caseId, chain);
65
66    return chain;
67  }
68 }
69
70 class SecureSystemDesign {
71   static securityRecommendations() {
72     return [
73       {
74         area: "Thread Safety",
75         recommendation: "Implement proper mutex locking for all shared resources",
76         implementation: "Use atomic operations and thread-safe data structures"
77       },
78       {
79         area: "Database Security",
80         recommendation: "Use proper transaction isolation and parameterized queries",
81         implementation: "Implement ACID-compliant transactions with proper isolation levels"
82       },
83       {
84         area: "Memory Protection",
85         recommendation: "Implement memory protection mechanisms to prevent unauthorized access",
86         implementation: "Use address space layout randomization (ASLR) and data execution
   prevention (DEP)"
87       },
88       {
89         area: "Cryptographic Verification",
90         recommendation: "Implement end-to-end cryptographic verification for all data",
91         implementation: "Use digital signatures with secure key management"
92       },
93       {
94         area: "Audit Logging",
95         recommendation: "Implement tamper-evident logging for all security events",
```

EXHIBIT A - EMERGENCY DECLARATION

```
      implementation: "Use cryptographic chaining for log entries with external verification"
    }
  ];
}

static legalAndPolicyRecommendations() {
  return [
    {
      area: "Evidence Standards",
      recommendation: "Require security certification before admission as evidence",
      implementation: "Expert analysis of system security prior to evidentiary hearings"
    },
    {
      area: "Disclosure Requirements",
      recommendation: "Mandatory disclosure of system vulnerabilities to defendants",
      implementation: "Include system security assessments in Brady material"
    },
    {
      area: "Algorithmic Transparency",
      recommendation: "Require transparency in ALPR matching algorithms",
      implementation: "Open source requirements for algorithms used in evidence"
    },
    {
      area: "Audit Requirements",
      recommendation: "Regular independent security audits of ALPR systems",
      implementation: "Annual penetration testing and vulnerability assessment"
    }
  ];
}
}
```

Listing 8: Recommended Security Improvements

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 5, 2025 at Walnut Creek, California.

EXHIBIT A - EMERGENCY DECLARATION

Thomas J. Goddard

Pro Se Appellant

EXHIBIT A - EMERGENCY DECLARATION