IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS JOSEPH GODDARD,

Plaintiff,

v.

COUNTY OF CONTRA COSTA, et al.,

Defendants.

Case No.  25-cv-02910-CRB

**ORDER DENYING EMERGENCY MOTION FOR WRIT OF MANDAMUS**

Plaintiff Thomas Goddard filed an emergency motion for writ of mandamus.  Dkt. 45.  Plaintiff's motion appears to be directed to the Ninth Circuit, not this Court.  See id. Accordingly, the Court **DENIES** Plaintiff's motion without prejudice.

**IT IS SO ORDERED.**

Dated: January 28, 2026

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California