UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS JOSEPH GODDARD,

Plaintiff,

v.

JULIA CAMPINS, et al.,

Defendants.

Case No. 26-cv-01239-SK

**SUA SPONTE ORDER OF REFERRAL**

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Trina L Thompson to determine whether it is related to *Goddard v. County of Contra Costa, et al.*, No. 25-cv-02910-TLT.

**IT IS SO ORDERED**.

Dated: February 18, 2026

_Sallie Kim_

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California