United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS JOSEPH GODDARD,
Plaintiff,
v.
COUNTY OF CONTRA COSTA, et al.,
Defendants.

Case No. 25-cv-02910-TLT

**ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S EMERGENCY MOTION REQUESTING ADA ACCOMODATION**

Re: Dkt. No. 48

On February 16, 2026, Plaintiff Thomas Goddard filed an emergency motion requesting ADA accommodation. ECF 48. On February 17, 2026, the case was reassigned to the undersigned Judge. ECF 50.

Plaintiff noticed his emergency motion for a hearing on February 17, 2026 at midnight. ECF 48. The hearing on Plaintiff's motion is hereby re-set for March 24, 2026.

Plaintiff is ORDERED to confirm service of his motion by February 20, 2026.

An opposition, if any, to the motion shall be filed by March 3, 2026.

A reply, if any, shall be filed by March 10, 2026.

The Court advises Plaintiff that assistance is available through the Legal Help Center. Parties can make an appointment to speak with an attorney who can provide basic legal information and assistance. The Help Center does not see people on a drop-in basis and will not be able to represent parties in their cases. There is no charge for this service. The Help Centers website is available at https://cand.uscourts.gov/representing-yourself/jdc-legal-help-center-san-francisco-oakland-courthouses.

The district court has produced a guide for pro se litigants called Representing Yourself in Federal Court: A Handbook for Pro Se Litigants, which provides instructions on how to proceed at

United States District Court
Northern District of California

every stage of your case, including discovery, motions, and trial. It is available electronically online (https://cand.uscourts.gov/representing-yourself/pro-se-handbook) or in hard copy free of charge from the Clerk's Office.

**IT IS SO ORDERED.**

Dated: February 18, 2026

TRINA L. THOMPSON
United States District Judge